IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON,**<br><br>*Plaintiff,*<br><br>v.<br><br>**NEW YORK TRIBECA GROUP LLC,**<br><br>*Defendant.* | **Case No. 2:22-cv-04651-JDW** |

## ORDER

**AND NOW**, this 3rd day of February, 2023, in accordance with Federal Rule of Civil Procedure 4(m), and following a review of the Court's records which indicate that the Plaintiff has failed to make service on the defendant(s) in this case, it is hereby **ORDERED** that the Plaintiff must make service by March 2, 2023.

This Order also serves as notice to the Plaintiff, in accordance with Federal Rule of Civil Procedure 4(m), that if the Plaintiff fails to file proof of service by March 2, 2023, without showing good cause for such failure, the Court will dismiss without prejudice the case against any unserved defendant(s).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.