UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JAMES EVERETT SHELTON,

*Plaintiff*,

-v-

NEW YORK TRIBECA GROUP LLC.

*Defendant*.

Civil Action No. 2:22-cv-04651-JDW

## STIPULATION STAYING LITIGATION

Pursuant to Local Rule 7.4, Plaintiff, James Everett Shelton ("Plaintiff") and Defendant, New York Tribeca Group, LLC ("Defendant"), hereby stipulate to a stay in the litigation following an agreement in principal to resolve the claims raised by Plaintiff's Complaint. In support of the stipulation, the parties state as follows:

1. On or about December 2, 2022, Plaintiff filed his Complaint. (DE #1).

2. Following the filing of the Complaint, the parties reached a settlement in principal and executed a release agreement memorializing the settlement.

3. The settlement calls for a structured payout over the course of 2023.

4. Accordingly, the parties wish to stay the litigation to allow for consummation of the settlement. In the unlikely event that the settlement breaks down, the parties will be able to commence litigation as necessary.

5. The parties anticipate filing a joint stipulation of dismissal following the final payment of the structured payout, which is scheduled for October 30, 2023.

**WHEREFORE,** the parties respectfully request that this Court endorse the parties' stipulation staying the litigation pending settlement, along with such other relief as this Court deems proper.

                                             Respectfully submitted,

                                             **NEW YORK TRIBECA GROUP, LLC**

| | | |
|---|---|---|
| */s/ James Everett Shelton* | BY: | */s/ Christopher C. Negrete* |
| JAMES EVERETT SHELTON | | CHRISTOPHER C. NEGRETE |
| 316 Covered Bridge Road | | **O'HAGAN MEYER, PLLC** |
| King of Prussia, PA 19406 | | Three Logan Square |
| (484)626-3942 | | 1717 Arch Street, Suite 3910 |
| Jeshelton595@gmail.com | | Philadelphia, PA 19103 |
| | | (215) 461-3300 |
| *Plaintiff, Pro Se* | | cnegrete@ohaganmeyer.com |
| | | |
| | | *Attorney for Defendant,* |
| | | *New York Tribeca Group, LLC* |

                                             **APPROVED BY THE COURT:**

Date: _____        _____

                                                    JOSHUA D. WOLSON, U.S.D.J.

## **CERTIFICATE OF SERVICE**

I, Christopher C. Negrete, certify that on this 27th day of February 2023, I served the foregoing *Stipulation Staying Litigation* on the following via email:

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
Jeshelton@gmail.com

_____
CHRISTOPHER C. NEGRETE